1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ELAINE MACIEL,<br><br>    Plaintiff,<br>v.<br><br>BLUE BIRD CAFÉ AND CATERING, INC.,<br>a California Corporation, dba BLUEBIRD<br>CAFÉ, HECTOR CARDENAS AND ALICIA<br>CARDENAS, and DOES ONE to FIFTY,<br>inclusive,<br><br>    Defendants. | Case No. 1:10-CV-01664-NJV<br><br>ORDER ON STIPULATED JUDGMENT |

The Court, having been informed by the parties that this action has been settled, finds that good cause exists to enter the stipulated judgment agreed to by the parties. The Court will retain jurisdiction of this matter should a dispute arise among the parties as to the satisfaction of the terms of the settlement agreement. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

(1) Judgment is entered in favor of Plaintiff.

(2) Defendants will make the necessary changes to their place of business, BLUE BIRD CAFÉ located in Ukiah, California, to make the business compliant with the Americans with Disabilities Act of 1990.

(3) Defendants will pay Plaintiff the sum of $12,000 for costs of suit and penalties in this

matter.

(4) The Court retains jurisdiction of this matter in order to address any disputes that may arise among the parties as to the satisfaction of the terms of the settlement agreement.

(5) This matter is dismissed with prejudice.

IT IS SO ORDERED.

Date:  September 9, 2010

                      NANDOR J. VADAS
                      U.S. MAGISTRATE JUDGE

[2]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| **ELAINE MACIEL,**<br><br>  **Plaintiff,**<br>**v.**<br><br>**BLUE BIRD CAFÉ AND CATERING, INC.,** a California Corporation, dba BLUEBIRD CAFÉ, HECTOR CARDENAS AND ALICIA CARDENAS, and DOES ONE to FIFTY, inclusive,<br><br>  **Defendants.** | **Case No. 1:10-CV-01664-NJV**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on September 9, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons listed below, by depositing said envelope in the U.S. Mail.

Blue Bird Cafe and Catering, Inc.
Hector & Alicia Cardenas
c/o Stephen Yundt
P.O. Box 771
Hopland, CA 95449

/s/ Chris Wolpert
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas